UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOTOHAUS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION,<br><br>    Defendant. | Case No. 17-cv-07339-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 16 |

The parties have notified the Court that they have reached an agreement in principle to settle the case and are in the process of documenting this agreement. See ECF No. 16. By May 15, 2018, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation. If parties do not file a stipulation of dismissal, Defendant LinkedIn Corporation must also answer or otherwise respond to the complaint by May 15, 2018.

The Court also hereby sets a case management conference on May 30, 2018. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: March 15, 2018

                                                      JON S. TIGAR
                                              United States District Judge